United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Karen Moss, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-23530-Civ-Scola |
| | ) |
| Celebrity Cruises Inc., Defendant. | ) |

### Order Dismissing Case

On December 20, 2023, the Court granted the Plaintiff Karen Moss's attorney's motion to withdraw as her counsel. (ECF No. 25.) In so doing, the Court directed Ms. Moss that she must, by January 18, 2024, either (a) retain new counsel and have that counsel file a notice of appearance with the Court, or (b) file a notice with the Court stating that she wishes to represent herself (i.e., proceed pro se). The Court's order warned Ms. Moss that her "**failure to timely retain new counsel, or file a notice regarding proceeding pro se, may result in her pleadings being stricken and being held in default.**" (*Id.* (emphasis in original).) Ms. Moss failed to meet the deadline.

On January 23, 2024, the Court entered an order to show cause, directing Ms. Moss to explain why she failed to comply with the prior Court order and again instructing Ms. Moss to either retain new counsel or file a notice of her intention to proceed pro se on or before January 30, 2024. The show cause order also warned Ms. Moss that her failure to do so would result in a dismissal of this action without further notice. Ms. Moss failed to meet the deadline.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. 630–31.

The Court finds that the Plaintiff has failed to comply with the show cause order and has failed to retain new counsel or file a notice of her intention to proceed pro se. Therefore, as previously warned, the Court **dismisses** this case without prejudice, and directs the Clerk of the Court to **close** the matter.

**Done and ordered** in Miami, Florida, on February 2, 2024.

                                                   Robert N. Scola, Jr.
                                                   United States District Judge

*Copies via U.S. mail and email to*:
**Karen Moss**
7606 Northwest Chesley Drive
Lawton, Oklahoma 73505

mosskaren080@gmail.com